

# Fourth Court of Appeals
## San Antonio, Texas

June 25, 2018

No. 04-18-00371-CR

**IN RE** Juan Gabriel **CISNEROS**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
                Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice

On June 4, 2018, relator filed a pro se petition for writ of mandamus complaining of the trial court's refusal to rule on his application for writ of habeas corpus pursuant to Texas Code of Criminal Procedure 11.08. Included in the mandamus record are the following: (1) an October 3, 2016 file-stamped copy of the application for writ of habeas corpus, (2) a November 6, 2017 notice provided by relator to the district court stating he filed his application on October 3, 2016, and (3) a copy of a November 8, 2017 letter from the Brooks County District Clerk informing relator of the following: "I forwarded the letter you sent our office to the District Judge's Office and the District Attorney's Office for review. I am sending you a file stamped copy of the notice you sent us."

Because this court believes a serious question concerning the mandamus relief sought requires further consideration; *see* TEX. R. APP. P. 52.8(b); the respondent and the real party in interest may file a response to the petition for writ of mandamus in this court **no later than July 10, 2018**. Any such response must conform to Texas Rule of Appellate Procedure 52.4.

If the respondent elects to take action on the application, rather than file a response to the petition, respondent is ORDERED to inform this Court in writing of such action **no later than July 10, 2018**.

It is so **ORDERED** on June 25, 2018.

---

[1] This proceeding arises out of Cause No. 88-02-02179-CR, styled *The State of Texas v. Juan Gabriel Cisneros*, pending in the 79th Judicial District Court, Brooks County, Texas, the Honorable Federico Hinojosa presiding.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle,
Clerk of Court